# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| RANDALL J. BOWLSBY, | Case No.: 18-CV-2740 W (LL) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE [DOC. 26]** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

Parties have filed a joint motion for dismissal of this case with prejudice. [Doc. 26.] Good cause appearing, this action is dismissed **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: March 3, 2020

Hon. Thomas J. Whelan
United States District Judge